

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

April 8, 2022

<u>By ECF</u>

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re:   *United States of America v. Jordan Ross Belfort, et al.*,
       <u>Civil Action No. 18-MC-1033 (Kovner, J.)</u>

Dear Judge Kovner:

   This Office represents the United States of America in the above-captioned action to compel defendant Jordan Ross Belfort ("Defendant"), and respondents Global Motivation, Inc., J.B. Global Holdings, LLC, and J.B. Global, Inc. ("Respondents"), to comply with subpoenas issued by the United States as to each corporate entity. We write, pursuant to the Court's March 30, 2022 Order, to inform the Court that the Defendant and Respondents have complied with the relevant subpoenas and therefore this action is subject to dismissal.

   As of this filing, counsel has not appeared on behalf of either the Defendant or Respondents. However, the undersigned has conferred with Defendant's present counsel, Erica B. Giese, Esq., who has consented to the dismissal of this matter. Ms. Giese is not presently admitted to the bar of the Eastern District of New York but will submit a motion to appear *pro hac vice* should this Court require her appearance prior to dismissing this matter.

   Based upon the above, the United States respectfully requests that this case be dismissed and closed pursuant to Fed. R. Civ. P. 41(a)(2).

   Thank you for the Court's time and consideration of this request.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

    By:  <u>s/ Thomas R Price</u>
       THOMAS R. PRICE
       Assistant U.S. Attorney
       (631) 715-7893
       thomas.price@usdoj.gov